```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
_____
                                :
OMAR TUNSTALL-CAREY,            :
                                :     No. 20-cv-1308 (NLH)(KMW)
            Plaintiff,          :
                                :
      v.                        :     MEMORANDUM OPINION
                                :
WARDEN DAVID KELSEY,            :
et al.,                         :
                                :
            Defendants.         :
_____:
```

IT APPEARING THAT:

1. Plaintiff Omar Tunstall-Carey filed a civil rights action brought pursuant to 42 U.S.C. § 1983. ECF No. 1.

2. On March 3, 2020, the notice of electronic filing that had been mailed to Plaintiff's address of record at the Atlantic County Justice Facility in Mays Landing, New Jersey was returned as undeliverable. ECF No. 5.

3. The Notice mailed to Plaintiff's address of record has been returned to sender with the envelope marked "Return to Sender, Refused, Unable To Forward." Id. A handwritten notation reads: "RTS NOT HERE." Id.

4. Plaintiff has not communicated with the Court regarding his new address, in violation of Local Civil Rule 10.1. See L. Civ. R. 10.1(a) ("Counsel and/or unrepresented parties must advise the Court of any change in their or their

1

client's address within seven days of being apprised of such change by filing a notice of said change with the Clerk.").

6. Based on Plaintiff's failure to comply with Local Civil Rule 10.1, the Clerk of the Court will be ordered to administratively terminate this case, with the right to reopen this matter upon Plaintiff updating his contact information to satisfy the appropriate Rules.

7. An appropriate order follows.


Dated: March 5, 2020           s/ Noel L. Hillman
At Camden, New Jersey       NOEL L. HILLMAN, U.S.D.J.